# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

131040

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ALLSTATE INSURANCE COMPANY,
      Plaintiff-Appellee,

and

JEFFERY SNYDER,
      Intervening Plaintiff-Appellee,

v

CLARENDON NATIONAL INSURANCE
COMPANY,
      Defendant-Appellant.

SC: 131040
COA: 258665
Macomb CC: 2002-005860-CK

_____/

On order of the Court, the application for leave to appeal the March 16, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

_____
Clerk

s0724